

# Certificate of Debtor Education

I certify that on  07/19/2026  Franklin Martin

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Northern District of Alabama  .

Case number:  25-82389

Certificate number:  ALN25-823894927063

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance